**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA DIVISION)**

|  |  |
|---|---|
| In re:<br><br>　　OMAR A. MILES,<br><br>　　　　　　　　　Debtor. | Chapter 13<br><br>Case No. 26-11114-pmm |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of

MERIDIAN FINANCIAL, INC. ("Secured Creditor").  Pursuant to Federal Rules of Bankruptcy

Procedure 2002 and 9010(b), the undersigned requests all notices given or required to be given

and all papers served or required to be served in this Chapter 13 case be delivered and served upon

the Secured Creditor at the address of its counsel as set forth below:

> **Michael A. Pellegrino, Esq.**
> **PELLEGRINO LAW PLLC**
> **1617 John F. Kennedy Blvd., Ste. 1888**
> **Philadelphia, PA  19103**
> **Tel: (267) 892-1654**
> **Email: michael@pellegrinofirm.com**

　　　　　　　　　　　　　　　　**PELLEGRINO LAW PLLC**

Dated:  _March 23, 2026_ 　　　　　　By:  s/ Michael A. Pellegrino
　　　　　　　　　　　　　　　　　　Michael A. Pellegrino, Esquire
　　　　　　　　　　　　　　　　　　1617 John F. Kennedy Blvd., Ste. 1888
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　Tel: (267) 892-1654
　　　　　　　　　　　　　　　　　　*Counsel for Meridian Financial, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 23, 2026, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via

U.S. First Class Mail to the following:

OMAR MILES
925 W. 9TH STREET
CHESTER, PA  19013

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA  19102

KENNETH E. WEST
CHAPTER 13 TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADEPLHIA, PA  19106

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA  19107

**PELLEGRINO LAW PLLC**

Dated:  _March 23, 2026_          By: s/ Michael A. Pellegrino
Michael A. Pellegrino, Esquire
1617 John F. Kennedy Blvd., Ste. 1888
Philadelphia, PA  19103
Tel: (267) 892-1654
*Counsel for Meridian Financial, Inc.*