UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          |          Chapter 13

    OMAR A. MILES                         |

                        |          Bankruptcy No. 26-11114-PMM

              Debtor       |

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of
Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in
the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 03/18/2026.

3.      This Motion to Dismiss has been filed for the following reason(s):

- Noncompliance with the requirement to submit mandatory documents prior to the 341
  hearing date.

    WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the
Court, after a hearing, enter an Order dismissing this case.

Date: 06/23/2026                                 Respectfully submitted,

                                            */s/ Kenneth E. West, Esq.*
                                            Kenneth E. West, Esq.
                                            Standing Chapter 13 Trusteee
                                            190 N. Independence Mall West
                                            Suite 701
                                            Philadelphia, PA  19106
                                            Telephone: (215) 627-1377