United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 26-11114-pmm |
|---|---|
| Omar A. Miles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 04, 2026 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Omar A. Miles, 925 W 9th Street, Chester, PA 19013-3505 |
| cr | + | MERIDIAN FINANCIAL, INC., 1516 N. 5th Street, Unit 304, Philadelphia, PA 19122, UNITED STATES 19122-3677 |
| 15117145 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 15118902 | + | MERIDIAN FINANCIAL, INC., c/o Michael A. Pellegrino, Esq., PELLEGRINO LAW PLLC, 1617 John F. Kennedy Blvd., Ste. 1888, Philadelphia, PA 19103-1817 |
| 15117149 | | Meridian Financial, Inc., Attn: Bankruptcy, 1516 N 5th St Unit 304, Philadelphia, PA 19122-3677 |
| 15146471 | + | Michael A. Pellegrino, 1617 John F Kennedy Blvd, Ste. 1888, Philadelphia, PA 19103-1817 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 05 2026 02:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 05 2026 02:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 05 2026 02:36:31 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15117146 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 05 2026 02:32:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 15117144 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2026 02:36:56 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15117872 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 05 2026 02:36:32 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15117147 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 05 2026 02:32:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15117148 | | Email/Text: mdtaoag@mdta.state.md.us | Aug 05 2026 02:32:00 | Maryland Transportation Authority, Attn: Bankruptcy, 2310 Broening Hwy, Baltimore, MD 21224-6639 |
| 15117150 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 05 2026 02:32:00 | New Jersey Turnpike Authority, Attn: Ramon de la Cruz, P.O. Box 5042, Woodbridge, NJ 07095 |
| 15139398 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 05 2026 02:32:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15117151 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 05 2026 02:32:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15146358 | | Email/Text: bankruptcy@mtabt.org | Aug 05 2026 02:32:00 | Triborough Bridge and Tunnel Authority, 2 |

District/off: 0313-2                                       User: admin                                                Page 2 of 2
Date Rcvd: Aug 04, 2026                                   Form ID: pdf900                                      Total Noticed: 18

Broadway Floor 24, New York, NY 10004

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Omar A. Miles help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. PELLEGRINO | on behalf of Creditor MERIDIAN FINANCIAL  INC. michael@pellegrinofirm.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

Case No. 26-11114-PMM

Omar A. Miles,

Chapter 13

Debtor.

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Chapter 13 Trustee Kenneth E. West, and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **fourteen (14) days** of the entry of this Order.

5. **Promptly after the expiration of the time period set forth in Paragraph 4 above, Counsel for the Debtor(s) shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:

**August 4, 2026**

_Patricia M. Mayer_

**Patricia M. Mayer**
**U.S. BANKRUPTCY JUDGE**